IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARCIA M. W., ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:25-cv-3547-L-BN |
| | § | |
| PAMELA BONDI, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER REGARDING SERVICE

Plaintiffs filed a complaint for declaratory and injunctive relief relating to immigration proceedings in Dallas, Texas. *See* Dkt. No. 3. United States District Judge Sam A. Lindsay referred the petition to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

Plaintiffs paid the statutory filing fee. And by doing so, they undertook the obligation to (1) properly serve each defendant with a summons and the complaint in compliance with Federal Rule of Civil Procedure 4 or (2) obtain a waiver of service from each defendant. *See* FED. R. CIV. P. 4(i) (setting forth procedures for serving the United States, its agencies, corporations, officers, and employees); *see also* FED. R. CIV. P. 4(d) (procedures for requesting that certain non-governmental defendants waive service).

And Plaintiffs must file with the Court, as applicable, a proof of service in accordance with Rule 4(*l*) or an executed waiver of service. Although Plaintiffs have purported to file such proofs of service, the forms are not completed, and it is not

- 2 -

possible to determine whether Plaintiffs have fully complied with the provisions of Federal Rule of Civil Procedure 4(i) or when and to whom the summonses for Gary D. Malphus and Kristi Noem were served. *See* Dkt. Nos. 6, 7.

The Court further advises Plaintiffs that, if proper service is not made and shown to the Court through a filed proof of service (or a waiver of service obtained and filed with the Court) before the 90th day after the filing of this action (on December 30, 2025) that is not a Saturday, Sunday, or legal holiday – which will be **Monday, March 30, 2026** – this case is subject to dismissal without prejudice unless Plaintiffs show both (1) good cause for this failure and (2) good cause for the Court to extend the time for service for an appropriate, specified period. *See* FED. R. CIV. P. 4(m); *see also* FED. R. CIV. P. 41(b) (providing for dismissal, with or without prejudice, for failure to prosecute and obey court orders).

SO ORDERED.

DATED: January 7, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE